DESMOND AND ANOTHER v. WOLF AND OTHERS.

A party complaining of any proceeding in a cause, must embody all his objections in one motion. The court will not permit him to make separate motions for each objection he may have to make.

THIS was a suit in equity, in which the defendants, after obtaining an extension of their time to answer, by consent of the plaintiffs' solicitor, had put in a demurrer to the bill. The plaintiffs moved to set aside the demurrer as irregular; that motion was denied. They now moved to take the demurrer off the file, for frivolousness.

*A. Dickson,* for the plaintiffs.

*Sandford,* for the defendant.

*Edmonds, J.:* This motion must be denied. The objection now moved upon existed at the time the motion was made to set aside the demurrer as irregular, and might have been made then; but the parties, having failed in that motion, now seek to attack the demurrer on another ground. Parties cannot be permitted to split up their objections into several motions.

They must take all their objections at once. If this splitting of grounds of objection were once permitted, there would be no end to the number of motions.

Motion denied.